**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                                         :
                                                         :
                                                         :
                                                         :
**CHOUDHURY,**                                           :       **25-cv-10529 (ALC)**
                                                         :
                        **Plaintiff,**                   :       **ORDER**
                                                         :
            **-against-**                                :
                                                         :
**ADP INC., ET AL,**

                        **Defendants.**

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On January 30, 2026, Defendants filed a letter motion for a conference requesting for pre-motion conference ahead of filing a partial motion to dismiss. ECF No. The Plaintiff is ordered to respond to this letter by February 10, 2026.


**SO ORDERED.**

**Dated:   February 6, 2026**                    _____
              **New York, New York**                     **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**