UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

        :

CHOUDHURY,                :      25-cv-10529 (ALC)

               Plaintiff,    :      ORDER

       -against-        :

ADP INC., ET AL,         :

            Defendants.

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

     Plaintiff stated in the February 26, 2026 joint status report that in the event mediation failed, he would file an Amended Complaint by March 19, 2026. The Court is not in receipt of the Amended Complaint.

     Plaintiff is ordered to file an Amended Complaint by April 3, 2026.

**SO ORDERED.**

Dated:   March 27, 2026

     New York, New York

                                 _____

                                   ANDREW L. CARTER, JR.
                                   United States District Judge