UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARBAMANGAL CHOUDHURY,

                         Plaintiff,

        -v-                                                    CIVIL ACTION NO. 25 Civ. 10529 (ALC) (SLC)

ADP, INC., et al.,                                            **ORDER**

                         Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the initial case management conference held today, May 26, 2026, a telephonic conference on the status of discovery is scheduled for **Thursday, August 27, 2026 at 10:00 a.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.  By **Monday, August 24, 2026**, the parties shall submit a joint status letter identifying any discovery issues ripe for the Court's attention at that time.

Dated:        New York, New York
              May 26, 2026

                                    SO ORDERED.

                                    _____
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**