UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARBAMANGAL CHOUDHURY,

Plaintiff,

-v-

ADP, INC., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 10529 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic status conference held today, August 27, 2026 (the "Conference"), the Court orders as follows:

1. The request of Defendants ADP, Inc., ADP Technology Services, Inc., Vittal Nimmala, and Ajay Shirke (together, ("Defendants")) for attorneys' fees is **DENIED WITHOUT PREJUDICE** (Dkt. No. 36). Plaintiff Sarbamangal Choudhury ("Plaintiff") is warned, however, that if he continues to miss discovery deadlines and ignore efforts of Defendants' counsel to meet and confer regarding discovery (see Dkt. No. 36), he may face sanctions including, but not limited to, reasonable attorneys' fees.
2. By **September 2, 2026**, the parties may order the transcript of the Conference using the annexed form.
3. By **September 3, 2026**, Plaintiff shall serve his initial disclosures, discovery requests to Defendants (Dkt. No. 35 at 3), responses and objections to Defendants' discovery requests, and the document production discussed during the Conference.

4. A telephonic discovery status conference is scheduled for **October 27, 2026 at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

5. The deadline for the parties to complete depositions is **EXTENDED** to **October 30, 2026**.

Dated: New York, New York
August 27, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ____________________

| Case Caption | |
|---|---|

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL