UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARBAMANGAL CHOUDHURY,

Plaintiff,

-v-

ADP, INC., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 10529 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic status conference held today, October 27, 2026 (the "Conference"), the Court orders as follows:

1. By **October 28, 2026**, the Plaintiff shall provide Defendants with the certifications for the interrogatories and requests for admission discussed at the Conference.
2. By **October 30, 2026**, the parties may order the transcript of the Conference using the annexed form.
3. The deadline for the parties to complete depositions is **EXTENDED** to **November 18, 2026**. (See Dkt. No. 38 ¶ 5). The Court will not extend this deadline absent extraordinary circumstances.
4. By **December 1, 2026**, Plaintiff shall serve their expert disclosures (the "Disclosures"), if any. If the Plaintiff does not serve the Disclosures by that date, the Court will presume that Plaintiff does not intend to pursue expert discovery.

5. By **December 8, 2026**, the parties shall file a joint letter, not to exceed 750 words, updating the Court as to the status of expert discovery and stating whether the parties request a settlement conference before the undersigned.

Dated: New York, New York
October 27, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ____________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | | |
|---|---|---|
| Your Name | | |
| Firm Name | | |
| Address | | |
| City, State | | Zip Code |
| Telephone Number | | |
| E-mail Address | | |

RESET PRINT SAVE EMAIL